# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

## JUDGMENT IN A CRIMINAL CASE

| UNITED STATES OF AMERICA | Case No. 3:24-mj-01257-1 |
|---|---|
| V. | |
| RICHARD PAYNE | Luke A. Eans<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] was found guilty after a plea of not guilty.

Accordingly, the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Number(s) |
|---|---|---|---|
| 38 CFR § 1.218(b)(5), (b)(12) | Failure to depart premises | June 18, 2024 | 1 |
| 38 CFR § 1.218(b)(5), (b)(11) | Disorderly conduct | June 18, 2024 | 2 |

The defendant was found not guilty of 38 CFR § 1.218(b)(5), (b)(13) – Unauthorized loitering.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made to the Clerk of Court for the Middle District of Tennessee in increments of $10 per month for 13 months, suspended for 6 months and if no new conduct-related VAMC citations received, shall be waived.

**Total: $130 ($100 plus $30 processing fee)**

**PROBATION and OTHER SENTENCING CONDITIONS:** None

**IT IS FURTHER ORDERED** that the defendant shall notify the United States District Court for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's S.S. #: xxx-xx-3578
Defendant's D.O.B.: 1976
Defendant's USM#: n/a

Defendant's Mailing/Residence Address:
643 Frith Drive
Nashville, TN 37206

**Date: October 6, 2025**

**September 30, 2025**
Date of Imposition Sentence

**Barbara D. Holmes, U.S. Magistrate Judge**
Name & Title of Judicial Official